LUBIN & ENOCH, P.C.
Nicholas J. Enoch
State Bar No. 016473
Kaitlyn A. Redfield-Ortiz
State Bar No. 030318
Emily A. Johnson
State Bar No. 030855
349 North Fourth Avenue
Phoenix, Arizona 85003-1505
Telephone: (602) 234-0008
Facsimile: (602) 626-3586
Email:   nick@lubinandenoch.com
         kaitlyn@lubinandenoch.com
         emily@lubinandenoch.com

Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Marcie A. Redgrave,<br><br>    Plaintiff,<br><br>v.<br><br>Governor Doug Ducey, *et al.*,<br><br>    Defendants. | No. 2:17-cv-02800-DGC<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL** |

**NOTICE IS HEREBY GIVEN** that the above-captioned matter is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), no answer or other responsive pleading having been filed by Defendants Governor Doug Ducey, *et al.*

DATED this 4th day of October 2017.

                    LUBIN & ENOCH, P.C.


                    /s/ Nicholas J. Enoch
                    Nicholas J. Enoch, Esq.
                    Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of October 2017, I electronically transmitted the attached notice to the Clerk's Office using the ECF System for filing.

/s/ Shana Battles

F:\Law Offices\client directory\Redgrave\Pleadings\2017-10-4 (6071-001 ) Notice of Voluntary Dismissal.wpd